# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

6140 Stoneridge Mall Rd, #250, Pleasanton, CA 94588
Mail to: P.O. Box 9077, Pleasanton, CA 94566
Debtor Chapter 13 Plan Payments to: P.O. Box 341, Memphis, TN 38101-0341
Telephone: (925) 621-1900
Fax: (925) 621-1901

April 08, 2015

Mark W Lapham Atty
751 Diablo Blvd
Danville, CA 94526

Chapter 13 Case No.: 15-40917-WJL13
Re: James Amar Singh

In our initial review of your client's case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

**CASE #15-40917-WJL13 SINGH**

RLE - Susie Valdivia at svaldivia@oak13.com
CN - Rammet Munoz at rmunoz@oak13.com
WJL - Veronica Valdez at vvaldez@oak13.com

**DEBTOR'S PLAN – CASES FILED ON OR AFTER 8/1/13**
*AMENDED PLAN AND/OR BELOW DOCUMENTS **TO BE FILED WITH BANKRUPTCY COURT** FOR THE FOLLOWING REASONS:*

[ ]     Standard Oakland Division Chapter 13 plan to be filed with court. (Version 8/1/13 – see attached)

[X]     Please serve the plan on all creditors with 28 days notice and opportunity to object on all creditors. [Attached is a standard notice and certificate of service. Please include your creditors in the certificate of service and mail a copy of the notice, certificate of service and the plan to each creditor and file the notice and certificate of service with the bankruptcy court]

[ ]     Section 1.01a Plan payments and/or months not provided on the chapter 13 plan
[X]     Section 1.01a missing source of plan payment/step up payment
[ ]     Section 1.01b missing source and/or date of lump sum payment
[ ]     Section 1.01c missing plan term and/or term does not match 1.01a

[ ]     Section 2.03 missing:

[X]     Section 2.10:
- Should combine Alameda County priority debt, unless separate claims are anticipated.
- This section should only reflect priority debt.

[ ]     No selection on section 2.12
           ____ Percent plan or Pot Plan must be selected
           ____ Estimated percentage must be reflected under "Pot Plan"

[ ]     No time frame for sale/refinance of property and/or time frame to long in section 1.01(b).

[ ]     Per Trustee's plan calculations;

[ ]     Information on the plan, does not match/needs clarification:
           ____ Creditor is listed in multiple sections, must select one.

[ ]     Claim # filed by - not provided for and/or classification of claim is different than scheduled and/or filed for higher than scheduled.

[ ]     Declaration of outside party to support plan:

[X]     Section 2.05 – "reduction in value" requires Motion to value Collateral to be filed and ordered prior to confirmation of plan - Please serve with 28 days' notice and opportunity to object.
Needed for the following creditors:
- Wells Fargo Bank (value = $40,000)
  - Wells Fargo Bank value on plan is $40,000 but schedule D lists value of $0.00. Plan should list value of lien and match motion (once filed).

## MISC DOCUMENTS

- ■ Copy of most recent filed IRS tax return to trustee's office 7 days before 341.
  Send 1st two pages of 1040 & schedule C (if applies) with all SSN's redacted including dependents' names and SSN's (if applies).

- ■ Payment advices/paystubs (60 days prior to filing) to be provided to trustee's office 7 days before 341. If debtor does not receive payment advices/paystubs, Payment Advice Coversheet should be provided with corresponding box selected.

  NOTE: PLEASE DO NOT FILE <u>TAXES</u> OR <u>PAYMENT ADVICES</u> WITH COURT.
  THEY ARE TO BE SENT IN THE FOLLOWING FORMATS:
  - Via mail - Po Box 9077 Pleasanton CA 94566
  - Drop off - 6140 Stoneridge Mall Rd. suite 250, Pleasanton CA 94588
  - FTP site
  - Encrypted file via email 13TRUSTEE@OAK13.COM only if properly encrypted, with the proper access information provided to the Trustee's office. Taxes and payment advices must be attached as separate PDF attachments. If the email is not encrypted they will not be received.

## MEANS TEST

- ■ Payment of $1,508.27 with 60.07% to unsecured creditors is needed to pay in disposable monthly income of $75,079.80.

- ■ Business expenses need to be moved from form B22C-1, line 5 to form B22C-2, line 46.

- ■ Deduction on B22C-2 Line 34 does not match the current expenses of the debtor. Means takes deduction for payment of mortgage arrears but this expense is not listed on plan/schedule J.

## SCHEDULES

*AMENDED SCHEDULES **TO BE FILED** WITH BANKRUPTCY COURT FOR THE FOLLOWING REASONS:*

- ■ **SCHEDULE (A) REAL PROPERTY**
  - Amend to reflect full property addresses. i.e. city, state, zip.

- [] **SCHEDULE (B) PERSONAL PROPERTY**

- [] **SCHEDULE (C) EXEMPTIONS**

- [] **SCHEDULE (D) SECURED CREDITORS**

- [] **SCHEDULE (E) UNSECURED PRIORITY**

- [] **SCHEDULE (F) GENERAL UNSECURED**

- [] **SCHEDULE (G) EXECUTORY CONTRACTS**

- [] **SCHEDULE (H) CO-DEBTORS**

- [] **SCHEDULE (I) INCOME**

## SCHEDULE (J) EXPENSES
[ ] Expenses exceed Income
[ ] Proposed payment exceeds excess income
[ ] Auto insurance not provided for
[ ] Not all excess income is being paid into the plan $ after expenses & proposed $ plan payment

## STATEMENT OF AFFAIRS
[ ] Information incomplete on question #
[ ] Missing #

## ATTORNEY FEES
[X] Rights and Responsibilities form is not filed and/or on incorrect form
[X] Attorney fee disclosure form is not filed and/or on incorrect form
   Note: fees will not be paid unless above forms are filed on the correct form

[ ] Statement by debtor not represented by an attorney (attached)

## OTHER:
[X] Voluntary petition: missing information re: all prior bankruptcy filings within last 8 years.
- Currently only lists filing dates.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Chapter 13
Case No.

NOTICE OF OPPORTUNITY FOR HEARING;

Debtor(s) _____ /

    NOTICE IS HEREBY GIVEN that the Debtor(s) have filed a Chapter 13 Plan. Pursuant to Bankruptcy Local Rule 3015-1(b) any objection, must be filed with the Clerk of the U.S. Bankruptcy Court, and served on the Debtor(s') attorney and the Chapter 13 Trustee, within twenty eight (28) days of mailing of the notice; objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; if there is not a timely objection, the Court may enter an order confirming the plan; If a timely objection is made, a hearing will be noticed and served on parties.

Dated: _____

    _____
    [Name]

*
*
*
*
*
{Attorney for Debtor}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                         Chapter
                             Case No.

### CERTIFICATE OF SERVICE

Debtor(s) _____ /

On _____, I served the within _____ [document] by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at _____ [city], California, to all parties entitled to receive regularly mailed notices, addressed as follows:

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on _____ at _____ [city], California.

Dated: _____       _____