Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| James Amar Singh | Chapter 13 Case Number: 15-40917-WJL13 |
| Debtors(s) | |

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on June 11, 2015 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.

**DEBTOR(S) PERSONAL APPEARANCE IS REQUIRED AT THIS HEARING**

Date: April 24, 2015               /s/ Martha G. Bronitsky
                                   Signature of Martha G. Bronitsky
                                   Chapter 13 Standing Trustee

| 1 | In Re | |
| --- | --- | --- |
| 2 | James Amar Singh | Chapter 13 Case Number: 15-40917-WJL13 |
| 3 | Debtors(s) | |
| 4 | CERTIFICATE OF SERVICE | |

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

April 24, 2015  /s/M. Ivania Silva
M. Ivania Silva

James Amar Singh
21 Pembroke Court
Oakland, CA 94619

Mark W Lapham Atty
751 Diablo Blvd
Danville, CA 94526

(Debtor(s))

(Counsel for Debtor)

Cal-Western Reconveyance Llc

, 00000
(Creditor)

Wells Fargo
P.O. Box 10355
Des Moines, IA 503060335
(Creditor)

Boarder

, 00000
(Creditor)

George Vlazakis
Attorney At Law
225 Brush Street
Oakland, CA 94607
(Creditor)

Rental Property
3611 Loma Vista Ave
Oakland, CA 94619
(Creditor)

Rush My File
1799 Old Bayshore Highway
Burlingame, CA 94010
(Creditor)

Alameda County Tax Coll-Re Tax
1221 Oak St (Bankruptcy Dept)
Oakland, CA 94612
(Creditor)