| | |
|---|---|
| 1 | DONNA R. ZIEGLER [142415]<br>County Counsel |
| 2 | FARAND KAN [203980]<br>Deputy County Counsel |
| 3 | Office of County Counsel, County of Alameda<br>1221 Oak Street, Suite 450 |
| 4 | Oakland, California 94612<br>Telephone: (510) 272-6700 |
| 5 | E-mail: Farand.Kan@acgov.org |
| 6 | Attorneys for County of Alameda Treasurer-Tax Collector |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>James Amar Singh,<br><br>Debtor. | Case No.: 15-40917<br><br>Chapter 13<br><br>**OBJECTION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR DONALD R. WHITE TO AMENDED CHAPTER 13 PLAN** |

Creditor Alameda County Tax Collector, Donald R. White, objects to Debtor's Chapter 13 Plan on the following grounds:

The Debtor's chapter 13 proposed plan incorrectly states the claims of the Alameda County Tax Collector. The Debtor incorrectly lists the Tax Collector's claims in section 2.11 of the Plan, as Class 6 unsecured claims. The Debtor also incorrectly lists two claims for the Tax Collector, each in the amount of $4,944.00. The Debtor also fails to state the correct interest rate for the Tax Collector's claims. The Tax Collector has four claims against the Debtor as follows:

1) There is a $3,853.75 delinquent secured property tax claim for Assessor Parcel Number 30-1903-11 for tax year 2014-15 (see attached Exhibit A). This claim is secured by a super-priority statutory lien under California Revenue and Taxation (R&T)
OBJECTION TO CHAPTER 13 PLAN, Case No. 15-40917 WJL 13       1
Case: 15-40917   Doc# 32   Filed: 05/20/15   Entered: 05/20/15 15:05:12   Page 1 of 17

Code section 2192.1. Also, under 11 USC section 511 and R&T Code section 4103(b), the proper interest rate for this claim is 1-1/2 percent per month, or 18% per annum.

2) There is a $2,814.12 delinquent secured property tax claim for Assessor Parcel Number 48F-7368-15 for tax years 2013-14 and 2014-15 (see attached Exhibit B). This claim is secured by a super-priority statutory lien under California Revenue and Taxation (R&T) Code section 2192.1. Also, under 11 USC section 511 and R&T Code section 4103(b), the proper interest rate for this claim is 1-1/2 percent per month, or 18% per annum.

3) There is a $4,262.00 tax estimate for Assessor Parcel Number 30-1903-11 for tax year 2015-16 (see attached Exhibit C). These are pre-petition taxes and must be addressed in the plan. See *In re Grivas* (Bankr. S.D. Cal. 1991) 123 B.R. 876; *Seegmiller v. County of Nevada* (1997) 53 Cal. App. 4th 1397. As to these taxes, the Tax Collector would agree to the Debtor's plan being revised so that such taxes would be listed under paragraph 2.07 provided the following language is added under paragraph 5 of the plan: "Payments under paragraph 2.07 for the 2015-16 taxes will be made in accordance with state law. If debtor defaults in directly paying the 2015-16 property taxes on time, the Alameda County Tax Collector will have relief from stay."

4) There is a $1,458.00 tax estimate for Assessor Parcel Number 48F-7368-15 for tax year 2015-16 (see attached Exhibit D). These are pre-petition taxes and must be addressed in the plan. See *In re Grivas* (Bankr. S.D. Cal. 1991) 123 B.R. 876; *Seegmiller v. County of Nevada* (1997) 53 Cal. App. 4th 1397. As to these taxes, the Tax Collector would agree to the Debtor's plan being revised so that such taxes would be listed under paragraph 2.07 provided the following language is added under paragraph 5 of the plan: "Payments under paragraph 2.07 for the 2015-16 taxes will be

///
///
///

made in accordance with state law.  If debtor defaults in directly paying the 2015-16 property taxes on time, the Alameda County Tax Collector will have relief from stay."

Dated: May 20, 2015

DONNA R. ZIEGLER
County Counsel, in and for the
County of Alameda, State of California

By: /s/ *Farand Kan*

FARAND KAN
Deputy County Counsel

Attorneys for County of Alameda
Treasurer-Tax Collector Donald R. White

**EXHIBIT A**

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF CALIFORNIA** | District of<br>**CALIFORNIA** | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>JAMES AMAR SINGH | Case Number<br>CHAPTER 13<br>CASE# 15-40917-WJL13 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>30-1903-11 | Check here<br>☐ replaces<br>If this claim   a previously filed claim, dated: _____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:**
2014-15

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $3,853.75
PLUS 18% INTEREST, PER ANNUM

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate    ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed
Included in secured claim, if any: $ $3,853.75
PLUS 18% INTEREST PER ANNUM. $3,853.75 TAX
PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. . § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date<br>5/7/15 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br><br>*Jack Wong*<br>JACK WONG, DEPUTY |
|---|---|

# 2014-2015
For Fiscal Year Beginning July 1, 2014 and Ending June 30, 2015

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax Rate Area | Special Handling |
|---|---|---|---|
| 30-1903-11 | 06461400 | 17-001 | 000 |

Location of Property
3611 LOMA VISTA AVE, OAKLAND
Assessed to on January 1, 2014
SINGH JAMES

SINGH JAMES
21 PEMBROKE CT
OAKLAND, CA 94619-2413

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| CITY DELINQ GRBAGE | (510)238-7477 | 166.16 |
| MOSQUITO ABATEMENT | (800)273-5167 | 1.74 |
| CSA PARAMEDIC | (800)441-8280 | 58.10 |
| CSA VECTOR CONTROL | (800)273-5167 | 14.40 |
| CITY EMERG MEDICAL | (510)238-3704 | 26.52 |
| CITY PARAMEDIC SRV | (510)238-3704 | 21.10 |
| SCHOOL MEASURE G | (510)879-8884 | 195.00 |
| PERALTA CCD MEAS B | (800)792-8021 | 48.80 |
| VIOLENCE PREV TAX | (510)238-3704 | 114.98 |
| LAUREL BID | (510)238-3201 | 1,449.20 |
| FLOOD BENEFIT 12 | (510)670-5762 | 52.00 |
| CSA VECTOR CNTRL B | (800)273-5167 | 2.04 |
| MOSQUITO ASSESS 2 | (800)273-5167 | 1.24 |
| AC TRANSIT MEAS VV | (877)299-1190 | 96.00 |
| CITY LIBRARY SERV | (510)238-3704 | 107.80 |
| EBMUD WETWEATHER | (510)287-1852 | 134.00 |
| EAST BAY TRAIL LLD | (800)676-7516 | 5.44 |
| CITY LANDSCP/LIGHT | (510)238-3704 | 233.80 |

**Total Fixed Charges and/or Special Assessments: 2,727.52**

### Tax Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 655.76 |
| VOTER APPROVED DEBT SERVICE | | |
| CITY OF OAKLAND 1 | .2042% | 133.91 |
| SCHOOL UNIFIED | .1745% | 114.43 |
| SCHOOL COMM COLL | .0412% | 27.02 |
| BAY AREA RAPID TRANSIT | .0045% | 2.95 |
| EAST BAY REGIONAL PARK | .0085% | 5.57 |
| EBMUD SPEC DIST 1 | .0047% | 3.08 |
| **TOTAL** | **1.4376%** | **942.72** |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 28,732 | | |
| IMPROVEMENTS | 36,844 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 65,576 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 65,576 | 1.4376% | 942.72 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 65,576 | 1.4376% | 942.72 |

**942.72**

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| $1,835.12 | $1,835.12 | $3,670.24 |

### PLEASE READ IMPORTANT MESSAGES

A FEE OF $ 61.00 WILL BE IMPOSED ON ALL RETURNED OR DISHONORED PAYMENTS.

ECHECK ACCEPTED
ONLINE @www.acgov.org THROUGH JUNE 30, 2015

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED BY PHONE (510)272-6800 OR ONLINE @ www.acgov.org , MOBILE @ www.acgov.org/mobile/apps/ THROUGH JUNE 30, 2015. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax

**PLEASE SEE REVERSE FOR MORE INFORMATION**

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787    (510) 272-3770

Form 114-SC01 (rev. 8/06)

---

## SECOND INSTALLMENT PAYMENT, 2014-2015
PARCEL NO 30-1903-11
TRACER NO. 06461400

**2**

THIS AMOUNT DUE FEB. 1, 2015 → $1,835.12

Pay this amount after APRIL 10, 2015
(This includes delinquent penalty of 10% and $10.00 cost)

$2,028.63

Do Not Use This Stub After JUNE 30, 2015

SEND THIS STUB WITH YOUR SECOND PAYMENT

**DUPLICATE**

Make checks payable to: Donald R. White, Tax Collector, Alameda County

62015 0064614002 3000183512 00000000

## FIRST INSTALLMENT PAYMENT, 2014-2015
PARCEL NO. 30-1903-11
TRACER NO. 06461400

**1**

THIS AMOUNT DUE NOV. 1, 2014 → $1,835.12

Pay this amount after DECEMBER 10, 2014
(This includes delinquent penalty of 10%)

$2,018.63

Do Not Use This Stub After JUNE 30, 2015

SEND THIS STUB WITH YOUR FIRST PAYMENT

$3,670.24    **DUPLICATE**
Make checks payable to: Donald R. White, Tax Collector, Alameda County

62015 2064614001 3000183512 00000000

Case: 15-40917    Doc# 32    Filed: 05/20/15    Entered: 05/20/15 15:05:12    Page 6 of 17

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF CALIFORNIA** | District of<br>CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>JAMES AMAR SINGH | Case Number<br>CHAPTER 13<br>CASE# 15-40917-WJL13 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>48F-7368-15 | Check here<br>☐ replaces<br>If this claim   a previously filed claim, dated: _____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____
(date)   (date)

**2. Date debt was incurred:**
2013-14 & 2014-15

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $2,814.12
**PLUS 18% INTEREST, PER ANNUM**

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $2,814.12
PLUS 18% INTEREST PER ANNUM. $2,814.12 TAX PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

This Space is for Court Use Only

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>6/7/15 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br><br>*Jack Wong*<br>JACK WONG, DEPUTY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Case: 15-40917   Doc# 32   Filed: 05/20/15   Entered: 05/20/15 15:05:12   Page 8 of 17

ALAMEDA COUNTY OFFICE OF THE TREASURER AND TAX COLLECTOR
1221 OAK STREET, OAKLAND, CA 94612
STATEMENT OF PRIOR YEAR SECURED DELINQUENT TAXES DUE

ASSESSED TO:  
  SINGH JAMES  
  21 PEMBROKE CT  
  OAKLAND CA                 94619

ASSESSOR'S PARCEL 48F-7368-15

YEAR-DEFAULT NO. 2013/14- 749902  
SITUS: COLTON BLVD

REDEMPTION AMOUNT DUE (CURRENT FISCAL YEAR TAXES NOT INCLUDED):

| FISCAL YEAR | TAXES AND ASSESSMENTS + | DELINQUENT PENALTY + COST + | REDEMPTION PENALTIES* = | TOTAL |
|---|---|---|---|---|
| 2013/14 | 1,225.20 | 122.52   10.00 | 165.40 | 1,523.12 |

(*1.5% PER MONTH REDEMP PEN ON TAXES/ASSMTS    9 MO = 13.50%)

```
TOTAL ABOVE                                             1,523.12
   INTEREST ON INSTALLMENT PAYMENTS                          .00
   PARTIES OF INTEREST NOTICE FEE                            .00
   RECORDING FEE                                             .00
   STATE REDEMPTION FEE                                    15.00
SUB-TOTAL                                                1,538.12


         TOTAL AMOUNT DUE TO REDEEM BY 03/31/15          1,538.12
```

If this property is in default and is subject to sale by the tax collector the due dates stated herein arising on or after the day of the tax sale are not applicable. YOU MUST PAY THE FULL AMOUNT OF THE TAX OWED BEFORE THE DAY OF THE TAX SALE OR THE PROPERTY WILL BE OFFERED FOR SALE. YOUR RIGHT TO REDEEM THE PROPERTY TERMINATES AT THE END OF THE LAST DAY BEFORE THE TAX SALE BEGINS.

(DETACH AND REMIT THIS STUB WITH YOUR PAYMENT)

ALAMEDA COUNTY OFFICE OF THE TREASURER AND TAX COLLECTOR  
PRIOR YEAR SECURED DELINQUENT TAXES REDEMPTION PAYMENT PROCESSING STUB

    ASSESSOR'S PARCEL NO.   48F-7368-15  
    PAY THIS AMOUNT BY 03/31/15:    1,538.12

MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO: TAX COLLECTOR, ALAMEDA COUNTY. PLEASE WRITE THE ASSESSOR'S PARCEL NUMBER ONTO YOUR PAYMENT AND REMIT IT WITH THIS STUB BY USING THE PAYMENT REMITTANCE ENVELOPE PROVIDED TO ENSURE PROPER CREDIT.

IF PAYMENT IS REMITTED AFTER 03/31/15, CALL (510) 272-6800 FOR THE CURRENT AMOUNT DUE BECAUSE ADDITIONAL REDEMPTION PENALTIES CONTINUE TO ATTACH TO THE DELINQUENT TAXES AND ASSESSMENTS AT THE RATE OF 1.5% PER MONTH. UNDERPAYMENT OF THE CURRENT TOTAL AMOUNT DUE WILL NOT BE ACCEPTED.

# 2014-2015
For Fiscal Year Beginning July 1, 2014 and Ending June 30, 2015

**ALAMEDA COUNTY**
**SECURED PROPERTY TAX STATEMENT**
Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4285

| Parcel Number | Tracer Number | Tax Rate Area | Special Handling |
|---|---|---|---|
| 48F-7368-15 | 11484600 | 17-003 | 000 |

Location of Property
COLTON BLVD, OAKLAND
Assessed to on January 1, 2014
SINGH JAMES

SINGH JAMES
21 PEMBROKE CT
OAKLAND, CA 94619-2413

### Tax Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 430.98 |
| VOTER APPROVED DEBT SERVICE: | | |
| CITY OF OAKLAND 1 | .2042% | 87.98 |
| SCHOOL UNIFIED | .1745% | 75.21 |
| SCHOOL COMM COLL | .0412% | 17.76 |
| BAY AREA RAPID TRANSIT | .0045% | 1.94 |
| EAST BAY REGIONAL PARK | .0085% | 3.66 |
| EBMUD SPEC DIST 1 | .0047% | 2.03 |
| **TOTAL** | **1.4376%** | **619.56** |

*UNPAID PRIOR YEAR TAXES DUE* (watermark)

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| MOSQUITO ABATEMENT | (800)273-5167 | 1.74 |
| CSA VECTOR CONTROL | (800)273-5167 | 7.20 |
| CITY EMERG MEDICAL | (510)238-3704 | 13.26 |
| CITY PARAMEDIC SRV | (510)238-3704 | 10.56 |
| SCHOOL MEASURE G | (510)879-8884 | 195.00 |
| PERALTA CCD MEAS B | (800)792-8021 | 48.00 |
| VIOLENCE PREV TAX | (510)238-3704 | 99.76 |
| FLOOD BENEFIT 12 | (510)670-5762 | 8.00 |
| CSA VECTOR CNTRL B | (800)273-5167 | 1.02 |
| MOSQUITO ASSESS 2 | (800)273-5167 | .62 |
| CITY LIBRARY SERV | (510)238-3704 | 93.54 |
| EAST BAY TRAIL LLD | (800)676-7516 | 5.44 |
| CITY LANDSCP/LIGHT | (510)238-3704 | 111.54 |

Total Fixed Charges and/or Special Assessments: **595.68**

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | 43,098 | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | 43,098 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | 43,098 | 1.4376% | 619.56 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT AND TAX | 43,098 | 1.4376% | 619.56 |

Total: **619.56**

| First Installment | Second Installment | Total Amount Due |
|---|---|---|
| $607.62 | $607.62 | $1,215.24 |

---

### PLEASE READ IMPORTANT MESSAGES

**URGENT REMINDER**
UNPAID PRIOR YEAR TAXES ARE DUE AND ARE NOT INCLUDED IN THIS STATEMENT. CALL 510-272-6800.

A FEE OF $ 61.00 WILL BE IMPOSED ON ALL RETURNED OR DISHONORED PAYMENTS.

ECHECK ACCEPTED
ONLINE @ www.acgov.org THROUGH JUNE 30, 2015

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED BY PHONE (510)272-6800 OR ONLINE @ www.acgov.org, MOBILE @ www.acgov.org/mobile/apps/ THROUGH JUNE 30, 2015. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax

**PLEASE SEE REVERSE FOR MORE INFORMATION**

Tax Collector's Office
Payment Questions/Credit Card Payments
(510) 272-6800

Assessor's Office
Valuation/Exemption
(510) 272-3787    (510) 272-3770

---

## SECOND INSTALLMENT PAYMENT, 2014-2015
PARCEL NO 48F-7368-15
TRACER NO. 11484600

**2**   THIS AMOUNT DUE FEB. 1, 2015 → $607.62

Pay this amount after APRIL 10, 2015
(This includes delinquent penalty of 10% and $10.00 cost)

$678.38

Do Not Use This Stub After JUNE 30, 2015

SEND THIS STUB WITH YOUR SECOND PAYMENT

DUPLICATE

Make checks payable to: Donald R. White, Tax Collector, Alameda County

62015 3114846002 2000060762 00000000

## FIRST INSTALLMENT PAYMENT, 2014-2015
PARCEL NO. 48F-7368-15
TRACER NO. 11484600

**1**   THIS AMOUNT DUE NOV. 1, 2014 → $607.62

Pay this amount after DECEMBER 10, 2014
(This includes delinquent penalty of 10%)

$668.38

Do Not Use This Stub After JUNE 30, 2015

SEND THIS STUB WITH YOUR FIRST PAYMENT

$1,215.24   DUPLICATE

Make checks payable to: Donald R. White, Tax Collector, Alameda County

62015 5114846001 2000060762 00000000

**EXHIBIT C**

Case: 15-40917 Doc# 32 Filed: 05/20/15 Entered: 05/20/15 15:05:12 Page 11 of 17

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF CALIFORNIA | District of<br>CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>JAMES AMAR SINGH | Case Number<br>CHAPTER 13<br>CASE# 15-40917-WJL13 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>30-1903-11 | Check here<br>☐ replaces<br>If this claim  a previously filed claim, dated: _____<br>☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)    (date)

**2. Date debt was incurred:**
2015-16

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $4,262.00
PLUS 18% INTEREST. PER ANNUM IF NOT PAID TIMELY

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $4,262.00
PLUS 18% INTEREST PER ANNUM. $4,262.00 TAX PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

This Space is for Court Use Only

**9. Supporting documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>5/7/15 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br>*Jack Wong*<br>JACK WONG, DEPUTY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.



**Alameda County
Office of the Treasurer
and Tax Collector**

Donald R. White
Treasurer-Tax Collector

Brenda L. Guess, Chief Deputy
Teresita M. Laulgan, Assistant Treasurer

5/7/15

JAMES AMAR SINGH
SITUS: 3611 LOMA VISTA AVE.,.
OAKLAND, CA 94619
PARCEL NO: 30-1903-11

Re: QUICK BILL
    2015-16

| | |
|---|---|
| ESTIMATED REAL PROPERTY FULL VALUE: | $83,609.00 |
| TAX RATE | X   1.4376% |
| ESTIMATED ASSESSMENT TAXES DUE | $1,202.00 |
| ESTIMATED FIX CHARGES AND/OR SPECIAL ASSESSMENTS | 3,060.00 |
| ESTIMATED TOTAL AMOUNT DUE | $4,262.00 |

Alameda County Administration Building, 1221 Oak Street, Oakland California 94612

**EXHIBIT D**

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF CALIFORNIA** | District of<br>CALIFORNIA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>JAMES AMAR SINGH | Case Number<br>CHAPTER 13<br>CASE# 15-40917-WJL13 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>ALAMEDA COUNTY TAX COLLECTOR | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where the notices should be sent:<br>ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET<br>OAKLAND, CA 94612<br><br>Telephone Number: 510-272-6847 | ☐ Check box if you have never Received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on envelope sent to by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>48F-7368-15 | Check here<br>☐ replaces<br>If this claim ☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money Loaned
- ☐ Personal Injury/wrongful death
- ☒ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____
   (date)      (date)

**2. Date debt was incurred:**
2015-16

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ $1,458.00
PLUS 18% INTEREST. PER ANNUM IF NOT PAID TIMELY

CLAIM AMOUNT IS SUBJECT TO CHANGE RESULTING FROM TAX AUDIT, ESCAPE BILLS, AND OTHER AMOUNTS TO BE DETERMINED.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle
☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed Included in secured claim, if any: $ $1,458.00
PLUS 18% INTEREST PER ANNUM. $1458.00 TAX
PLUS ADDITIONAL AMOUNTS IF NOT TIMELY PAID

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)
☐ Other– specify applicable paragraph of 11 U.S.C. § 507 (a) (____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date<br>5/7/15 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any):<br><br>*Jack Wong*<br>JACK WONG, DEPUTY |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $ 500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.



**Alameda County
Office of the Treasurer
and Tax Collector**

Donald R. White
Treasurer-Tax Collector

Brenda L. Guess, Chief Deputy
Teresita M. Lauigan, Assistant Treasurer

5/7/15

JAMES AMAR SINGH
SITUS:COLTON BLVD.,.
OAKLAND, CA 94603
PARCEL NO: 48F-7368-15

Re: QUICK BILL
    2015-16

| | |
|---|---|
| ESTIMATED REAL PROPERTY FULL VALUE: | $54,950.00 |
| TAX RATE    X | 1.4376% |
| ESTIMATED ASSESSMENT TAXES DUE | $ 790.00 |
| ESTIMATED FIX CHARGES AND/OR SPECIAL ASSESSMENTS | 668.00 |
| ESTIMATED TOTAL AMOUNT DUE | $1,458.00 |

Alameda County Administration Building, 1221 Oak Street, Oakland California 94612

# CERTIFICATE OF SERVICE

I, Lydia Smith, declare:

I am a citizen of the United States. I am employed in the County of Alameda, State of California, over the age of 18 years, and not a party to the within proceeding. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the below date, I served the attached:

**OBJECTION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR DONALD R. WHITE TO CHAPTER 13 PLAN**

on each of the following parties in this action:

Mark W. Lapham
751 Diablo Boulevard
Danville, Ca 94526
(Debtor's Attorney)

Martha Bronitsky
6140 Stoneridge Mall Road, #250
Pleasanton, CA 94588
(Trustee)

(X) **BY MAIL:** I caused such documents, sealed in envelopes with postage thereon fully prepaid and addressed as indicated above, to be mailed via the United States Postal Service, in the City of Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Oakland, California, on May 20, 2015.

/s/ *Lydia Smith*
Lydia Smith

CERTIFICATE OF SERVICE, Case No. 15-22228