Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JAMES A. SINGH,<br><br>Debtor. | Case No. 15-40917-WJL<br><br>Chapter 13<br><br>**PREHEARING STATEMENT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

Wells Fargo Bank, N.A.[1] (hereinafter "Creditor"), secured creditor of the above-entitled Debtor, James A. Singh (hereinafter "Debtor"), hereby submits its Prehearing Statement re Objection to Confirmation of Chapter 13 Plan.

1. <u>Meet and Confer:</u> Creditor's counsel attempted to contact Debtor's counsel on June 3 and June 5 to try to meet and confer re the outstanding objection, but has not yet received a response.

2. <u>Factual/Legal Issues in Dispute:</u> Debtor's plan apparently seeks to cram down Creditor's secured claim, which is secured by the Debtor's principal residence. Creditor also objects on the basis of valuation, interest, failure to cure pre-petition arrears, and feasibility. No motion to value collateral has been filed to date.

---

[1] This Prehearing Statement shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

- 1 -  CASE No. 15-40917-WJL
**PREHEARING STATEMENT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Case: 15-40917   Doc# 36   Filed: 06/05/15   Entered: 06/05/15 09:28:23   Page 1 of 4

3. <u>Time Estimate for Resolution:</u> Objection will probably need to be resolved by either amended plan or by court order sustaining Creditor's objection due to the plan defects stated above.

Respectfully submitted,

ALDRIDGE PITE, LLP

Dated: June 5, 2015 /s/ *Arnold L. Graff* (SBN 269170)
Attorneys for Movant Wells Fargo Bank, N.A.

Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@ aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JAMES A. SINGH,<br><br>        Debtor(s). | Case No. 15-40917-WJL<br><br>Chapter 13<br><br>**PROOF OF SERVICE BY MAIL** |

I, Anne E. Penaloza, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On June 5, 2015, I served PREHEARING STATEMENT RE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2015, at San Diego, California.

                                                /s/ Anne E. Penaloza
                                                ANNE E. PENALOZA

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **DEBTOR(S)** |
| 3 | James A. Singh |
| | 21 Pembrook Court |
| 4 | Oakland, CA 94619 |
| 5 | |
| 6 | **DEBTOR(S) ATTORNEY (via electronic notice)** |
| 7 | Mark W. Lapham |
| | Law Offices of Mark W. Lapham |
| | 751 Diablo Rd. |
| 8 | Danville, CA 94526 |
| | marklapham@sbcglobal.net |
| 9 | |
| 10 | **CHAPTER 13 TRUSTEE (via electronic notice)** |
| 11 | Martha G. Bronitsky |
| | P.O. Box 9077 |
| 12 | Pleasanton, CA 94566 |
| | 13trustee@oak13.com |
| 13 | |
| 14 | **U.S. TRUSTEE (via electronic notice)** |
| 15 | U.S. Trustee |
| | 1301 Clay St. #690N |
| 16 | Oakland, CA 94612 |
| | USTPRegion17.oa.ecf@usdoj.gov |