

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

**Entered on Docket**
**June 16, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed June 16, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

James Amar Singh

debtor(s)

Chapter 13 Case No. 15-40917-WJL13

Hearing: 06/11/15
Time: 1:30 p.m.
Courtroom: 220

**ORDER SUSTAINING THE CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF THE PLAN**

A hearing was held regarding confirmation of the Chapter 13 Plan, the Honorable William J. Lafferty presiding. Appearances were stated on the record.

Good cause appearing, IT IS ORDERED:

The Chapter 13 Trustee's Objection to Confirmation of the Plan is sustained.

END OF ORDER

COURT SERVICE LIST