Entered on Docket
June 16, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed June 16, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re<br><br>James Amar Singh,<br><br>                Debtor. | Case No. 15-40917 WJL<br><br>Chapter 13 |
|---|---|

**ORDER SANCTIONING ATTORNEY MARK LAPHAM**

On June 11, 2015, the above-entitled case came on for a confirmation hearing. Appearances were as noted on the record. Prior to the hearing, the Debtor's counsel of record, Mark Lapham, failed to meet and confer with Arnold Graff, counsel for objecting creditor Wells Fargo Bank, N.A. Based on the forgoing, and good cause appearing therefor, it is hereby

ORDERED that:

1. Mr. Lapham is sanctioned $200 for his failure to meet and confer with the objecting creditor prior to the confirmation hearing.

2. Mr. Lapham shall deliver to the Clerk of the Court $200 in good funds (i.e., certified check or money order) within 30 days of the date this Order is signed.

3. The Court retains jurisdiction to enforce the terms of this Order.

* * * END OF ORDER * * *

Court Service List

Mark W. Lapham
Law Offices of Mark W. Lapham
751 Diablo Rd.
Danville, CA 94526