**DENNIS YAN (SBN 257854)**
300 Frank H Ogawa Plz Ste 218
Oakland, CA 94612
Tel: 415 867 5797

Special Attorney, Limited Representation
for Debtor James Singh

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | ) CASE NO. 13-40917 |
| | ) |
| JAMES AMAR SINGH, | ) **CHAPTER 13** |
| | ) |
| Debtor | ) **NOTICE AND OPPORTUNITY TO** |
| | ) **OBJECT TO CONFIRMATION OF** |
| | ) **AMENDED CHAPTER 13 PLAN** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California, Debtor files the instate NOTICE AND OPPORTUNITY TO OBJECT TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN. Debtor, JAMES AMAR SINGH, makes request is made in good faith.

If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office or through the Pacer system.

**<u>YOUR RIGHTS MAY BE AFFECTED.</u> YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**PLEASE TAKE NOTICE THAT** Pursuant to Bankruptcy Local Rule 9014-1 of the

-1-
NOTICE AND OPPORTUNITY TO OBJECT TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

1  United States Bankruptcy Court for the Northern District of California, Any objection to the
2  requested relief, or a request for hearing on the matter, must be filed and served upon the
3  Debtor's Counsel within 28 days of service.  If there is no timely objection to the requested
4  relief, the Court may enter an order granting the relief by default.

**TAKE NOTICE** that failure of any interested party to make an objection, this Honorable Court may grant relief requested without further notice.

Dated:  June 26, 2015                                Respectfully submitted,


                                                     //s/Dennis Yan, Esq.
                                                     Dennis Yan, Esq.
                                                     Special Attorney, Limited Representation for
                                                     Debtor JAMES AMAR SINGH