**DENN**

300 Frank H Ogawa Plz Ste 218
Oakland, CA 94612

Tel: 415 867 5797

Special Attorney, Limited Representation
for Debtor James Singh

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | ) CASE NO. 13-40917 |
| | ) |
| JAMES AMAR SINGH, | ) CHAPTER 13 |
| | ) |
| Debtor | ) OPPOSITION TO TRUSTEE'S MOTION |
| | ) TO DISMISS OR CONVERT |
| | ) PROCEEDINGS FOR CASE |
| | ) DEFICIENCIES |
| | ) |

James Amar Singh, Debtor, has filed an amended Chapter 13 plan on June 22, 2015, after the trustee's filing of this motion to dismiss or convert this case.

The Trustee seeks to dismiss or convert this case for deficiencies. For the reasons discussed, Debtor opposes both of these proposed actions. A Dismissal of the Debtor's case will not be in the best interest of Debtor's Estate nor the creditors. The Debtor is elderly and has resided in his home for over twenty-five (25) years. Debtor paid Wells Fargo, and Wells Fargo refused his payments, opting instead to unjustly remove him from his home of 25 years. The creditors are not being prejudiced by any actions of the Debtor. Debtor and Debtor's estate will be prejudiced if the case is dismissed. A foreclosure will render the elderly Debtor and his family homeless. This result cannot be beneficial to the Debtor's estate. Debtor's payments to the Trustee are CURRENT and Debtor has not missed or otherwise delayed any payments to the Trustee.

-1-
OPPOSITION TO TRUSTEES MOTION TO DISMISS

Debtor responds to the Trustees' Objections as follows:

1. Debtor's Amended Chapter 13 Plan indicates the source of Payments is from his self employment and rental property income at Section 1.01(a).

2. Debtor's Amended Chapter 13 Plan addresses property tax claims and correctly classified those claims as Secured Claims.

3. Debtor's Amended Chapter 13 Plan pays all Disposable Monthly Income (DMI)

4. The Amended Chapter 13 Plan is in compliance with 11 U.S.C. §1352(a)(4) . Debtor has cured this defect.

5. Debtor's Amended Chapter 13 Plan is 100% due to unexempt equity in the Debtor's homestead.

6. The Debtor's Amended Chapter 13 Plan has been served with 28 days Notice and Opportunity to Object.

7. A Motion to Value is filed concurrently herewith.

8. Debtor is self-employed and does not have pay advices.

9. Attorney fee disclosure has been filed.

10. Voluntary Petition has been amended.

11. Amended Schedule A has been filed reflecting the street address of the properties.

12. Debtor does not have a junior lien on the property, and therefore has not requested a Motion to Value.

13. Debtor has completed his business exam and will submit to the Trustee, Debtor will cooperate with the Trustee.

14. The Term of the Amended Plan is 60 months.

15. The Debtor has complied with all other provisions of the Trustee's Objections and respectfully requests that the Trustees motion be withdrawn..

## CONCLUSION

The Debtor's case should not be dismissed and the Amended Plan allowed and extension of time for confirmation. Dismissal will be prejudicial to the elderly Debtor and his family who only seek to retain his home and pay his outstanding and verifiable debt and enjoy what is left of his retirement years.

Dated: June 26, 2015                                       Respectfully submitted,

                                                           //s/Dennis Yan, Esq._____
                                                           Dennis Yan, Esq.
                                                           Special Attorney, Limited Representation for
                                                           Debtor JAMES AMAR SINGH