Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| James Amar Singh | Chapter 13 Case Number: 15-40917-WJL13 |
| Debtors(s) | |

## NOTICE OF HEARING REGARDING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing regarding Trustee's Motion to Dismiss Chapter 13 Case will be held on August 13, 2015 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.

Trustee's Motion and Declaration to Dismiss or Convert Proceedings for Case Deficiencies and Notice Thereon

Date: June 24, 2015

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

|  |  |
|---|---|
| In Re <br> James Amar Singh <br><br> Debtors(s) | Chapter 13 Case Number: <br> 15-40917-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| June 24, 2015 | /s/Veronica Valdez <br> Veronica Valdez |
| James Amar Singh <br> 21 Pembroke Court <br> Oakland,CA 94619 <br><br> (Debtor(s)) | Mark W Lapham Atty <br> 751 Diablo Blvd <br> Danville,CA 94526 <br><br> (Counsel for Debtor) |
| Cal-Western Reconveyance Llc <br><br> , 00000 <br> (Creditor) | Pite Duncan Llp <br> 4375 Jutland Dr #200 <br> Po Box 17933 <br> San Diego, CA 921770933 <br> (Creditor) |
| Boarder <br><br> , 00000 <br> (Creditor) | Alameda County Tax Coll-Re Tax <br> 1221 Oak St (Bankruptcy Dept) <br> Oakland, CA 94612 <br> (Creditor) |
| Rental Property <br> 3611 Loma Vista Ave <br> Oakland, CA 94619 <br> (Creditor) | Wells Fargo <br> P.O. Box 10355 <br> Des Moines, IA 503060335 <br> (Creditor) |
| Alameda County Tax Coll-Re Tax <br> 1221 Oak St (Bankruptcy Dept) <br> Oakland, CA 94612 <br> (Creditor) | Alameda County Tax Coll-Re Tax <br> 1221 Oak St (Bankruptcy Dept) <br> Oakland, CA 94612 <br> (Creditor) |

| | |
|---|---|
| 1 | Alameda County Tax Coll-Re Tax |
| | 1221 Oak St  (Bankruptcy Dept) |
| 2 | Oakland, CA  94612 |
| | (Creditor) |
| 3 | |
| 4 | Alameda County Tax Coll-Re Tax |
| | 1221 Oak St  (Bankruptcy Dept) |
| | Oakland, CA  94612 |
| 5 | (Creditor) |
| 6 | |
| | Alameda County Tax Coll-Re Tax |
| 7 | 1221 Oak St  (Bankruptcy Dept) |
| | Oakland, CA  94612 |
| 8 | (Creditor) |
| 9 | |
| | George Vlazakis |
| | Attorney At Law |
| 10 | 225 Brush Street |
| | Oakland, CA  94607 |
| 11 | (Creditor) |
| 12 | |
| | Rush My File |
| 13 | 1799 Old Bayshore Highway |
| | Burlingame, CA  94010 |
| 14 | (Creditor) |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |