Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re
   James Amar Singh | Chapter 13 Case No. 15-40917-WJL13

debtor(s)

**CHAPTER 13 TRUSTEE'S STATEMENT OF INVESTIGATION**

The office of Martha G. Bronitsky, Chapter 13 Trustee, hereby submits this Statement of Investigation of the financial affairs of the debtor(s) pursuant to 11 U.S.C. 1302(c).

The Meeting of Creditors was held on Thursday, April 23, 2015 wherein an examination of the debtor(s) business was performed. The examination and the review of this business case consisted of a review of the following documentation, when and if applicable:

> Business Case Questionnaire

> Evidence of Insurance

> Business Bank Statements

> Profit and Loss Statement

> Business License/Permit

> Business Taxes

The debtor(s) has provided all business documentation that is pertinent to the business.
This report is for information purposes only, and is not an exhaustive financial analysis of
the debtor(s) business. Parties desiring furhter information should consult debtor(s)
counsel. No irregularities haveing been found.

Date: June 29, 2015

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee