Selwyn D. Whitehead, Esq., (SBN #236391)
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Telephone: 510.632.7444
Facsimile: 510.856.5180
Email: selwynwhitehead@yahoo.com

Attorney for Debtor
JAMES AMAR SINGH

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:                                ) Case No.: No. 15-40917
                                      )
JAMES AMAR SINGH,                     ) Chapter 13
                                      )
        Debtor.                       ) NOTICE AND SUBSTITUTION OF
                                      ) ATTORNEY FOR DEBTORS
                                      )

PLEASE TAKE NOTICE that the Debtor, JAMES AMAR SINGH, substitutes Selwyn D. Whitehead, Esq., of the Law Offices of Selwyn D. Whitehead, 4650 Scotia Avenue, Oakland, California 94605, 510.632.7444, as his attorney of record in the above-entitled matter in place of Mark W. Lapham, Esq., of the Law Offices of Mark W. Lapham, 751 Diablo Rd, Danville, CA 94526, 925.837.9007, and Dennis Yan, Esq., of the Law Offices of Dennis Yan, 425 Market St. #2200, San Francisco, CA 94105. 415.867.5797.

Dated: July 29, 2015                By: /s/ James A. Singh
                                    JAMES AMAR SINGH,
                                    Debtor

I consent to the above substitution.    LAW OFFICES OF MARK W. LAPHAM

Dated: July 31, 2015                By: /s/ Mark W. Lapham
                                    MARK W. LAPHAM, ESQ.

I consent to the above substitution.    LAW OFFICES OF DENNIS YAN

Dated: July 31, 2015                By: /s/
                                    DENNIS YAN, ESQ.

I accept this substitution.              LAW OFFICES OF SELWYN D. WHITEHEAD

Dated: August 3, 2015               By: /s/ Selwyn D. Whitehead
                                    SELWYN D. WHITEHED, ESQ.

SUBSTITUTION OF ATTORNEY
Case Number 15-40917
Page 1