Selwyn D. Whitehead, Esq., (SBN #236391)
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Telephone: 510.632.7444
Facsimile: 510.856.5180
Email: selwynwhitehead@yahoo.com

Attorney for Debtor
**JAMES AMAR SINGH**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**JAMES AMAR SINGH,**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor. | Case No.: No. 15-40917<br><br>Chapter 13<br><br>**JOINT PREHEARING CONFERENCE STATEMENT WITH THE COUNTY OF ALAMEDA, OFFICE OF THE COUNTY COUNSEL REGARDING THE ALAMEDA COUNTY TREASURER-TAX COLLECTOR'S OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN *AND* THE DEBTOR'S INDIVIDUAL PREHEARING CONFERENCE STATEMENT REGARDING WELLS FARGO BANK, N.A.'S, OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN**<br><br>**CONFIRMATION HEARING:**<br>Date:    August 13, 2015<br>Time:    1:30 PM<br>Place:   Courtroom 220<br>             United States Bankruptcy Court<br>             1300 Clay Street, Oakland, CA<br><br>*The Honorable William J. Lafferty, III, Bankruptcy Judge* |

TO:    THE HONORABLE WILLIAM J. LAFFERTY, III, JUDGE OF THE UNITED STATES BANRUPTCY COURT:

**I.    DATE/PLACE OF CONFERENCES:**

The initial email Meet and Confer outreach from Debtor's counsel to Trustee's counsel and objecting Creditors' counsel took Place on August 5, 2015.

PRE-HEARING CONFERENCE STATEMENT
Case Number 15-40917
Page 1

Selwyn D. Whitehead, Esq., of the Law Offices of Selwyn D. Whitehead, and counsel for Debtor, James Amar Singh (hereinafter, the "Debtor"), sent emails requesting meets and confers to Chapter 13 Trustee, Martha Bronitsky, via her counsel Nima Ghazvini, Esq., (hereinafter, Mr. Ghazvini),[1] Creditor Wells Fargo Bank, N.A. via its counsel Arnold Graff, Esq., (hereinafter Mr. Graff"), and Creditor the Alameda County Treasurer-Tax Collector, Donald R. White, via his counsel, Deputy County Counsel, Farand C. Kan, Esq., (hereinafter, "M. Kan").

Inasmuch as Debtor's counsel only substituted into the case on August 3, 2015, see Doc# 53, after her thorough review of the Court docket and the pleadings filed thereupon, as well as her review of the Debtor's partial case file, which had been made available to her as of August 5, 2015; Debtor's counsel concluded that nearly all the Debtor's previously filed pleadings and related documents require further amendment in order to bring the Debtor's case into compliance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Northern District of California.

As such, Debtor's counsel further concluded that telephonic meets and confers with opposing counsel would be futile unless and until the opposing parties and their counsel had had an opportunity to review the Debtor's amended Petition, Schedules, Statement of Financial Affairs, Means Test and related documents.

Thereinafter, and also on August 5, 2015, Debtor's counsel sent emails to the Chapter 13 Trustee's counsel, Mr. Ghazvini, Wells Fargo Bank, N.A.'s counsel Mr. Graff, and the Alameda County Deputy County Counsel, M. Kan, informing each that until the appropriate amendments were made to the Debtor's filings, it was her opinion that any meets and confers would be fruitless.

While the Trustee and the County of Alameda Treasurer-Tax Collector, via their counsel, responded with emails fundamentally agreeing with the Debtor's counsel's conclusions and stated their willingness to wait and see the Debtor's amendments; the Trustee nonetheless required that a brief phone conversation take place between her counsel and Debtor's counsel to confirm the facts, which said brief telephone conversation between Mr. Ghazvini and Debtor's counsel took place at about 4:15PM on August 5, 2015 and lasted about three minutes. However, as of 5:30PM today, August 6, 2015, Debtor's counsel has not received any response

---

[1] Mr. Ghazvini will file a Joint Prehearing Conference Statement for the Trustee and the Debtor, Mr. Singh.

from Wells Fargo Bank, N.A. or its counsel, Mr. Graft.

## II. REMAINING CONFIRMATION ISSUES:

Until the Debtor files and circulates his amendments, his objecting Creditors will not be able to determine any continuing or new objections, if any.

## III. ESTIMATE OF COURT TIME NEEDED TO RESOLVE THE ISSUES:

Initially Debtor's counsel believed that she could draft, consult with the Debtor and file the amendments in a few days. However upon further review, it appears that just about every pertinent document previously filed in the Debtor's case will need to be amended. As such, the Debtor requests a brief continuance of the Confirmation Hearing to the next available date on the Court's and the Chapter 13 Trustee's calendar.

DATED: August 6, 2015        Respectfully submitted by:

LAW OFFICES OF SELWYN D. WHITEHEAD

By: /s/ Selwyn D. Whitehead, Esq.
SELWYN D. WHITEHEAD, Esq.
Attorney for the Debtor
**JAMES AMAR SINGH**