Selwyn D. Whitehead, Esq., (SBN #236391)
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Telephone:  510.632.7444
Facsimile:  510.856.5180
Email:  selwynwhitehead@yahoo.com

Attorney for Debtor
**JAMES AMAR SINGH**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**JAMES AMAR SINGH,**<br><br><br><br><br><br>Debtor. | Case No.: No. 15-40917-WJL<br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF DEBTOR'S AMENDED CHAPTER 13 PLAN, DOCKETED AS DOC# 45**<br><br>**CONFIRMATION HEARING:**<br>Date:    August 13, 2015<br>Time:    1:30 PM<br>Place:   Courtroom 220<br>              United States Bankruptcy Court<br>              1300 Clay Street, Oakland, CA<br><br>*The Honorable William J. Lafferty, III, Bankruptcy Judge* |

TO:   THE HONORABLE WILLIAM J. LAFFERTY, III, JUDGE OF THE UNITED STATES BANKRUPTCY COURT AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the Debtor, James Amar Singh, hereby withdraws his Amended Chapter 13 Plan filed with this Court on June 22, 2015, as Doc# 45.

The rationale for this withdrawal is that the Debtor is in the process of amending his petition and schedules and formulating a new Chapter 13 Plan because the Amended Plan as filed has caused the Debtor to become instantly in default as the Amended Plan as filed is not a step-up plan.

DATED: August 11, 2015          Respectfully submitted by:

                                LAW OFFICES OF SELWYN D. WHITEHEAD
                                By:  /s/ Selwyn D. Whitehead, Esq.
                                SELWYN D. WHITEHEAD, Esq.
                                Attorney for the Debtor
                                **JAMES AMAR SINGH**

# CERTIFICATE OF MAILING

I, <u>Selwyn D. Whitehead</u>, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Law Offices of Selwyn D. Whitehead whose business address <u>is 4650 Scotia Avenue, Oakland, CA 94650</u>. On the date set forth below, I served a copy of **the Notice of Withdrawal of Debtor's Amended Chapter 13 Plan, Docketed as Docket #45** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for mailing or electronic service, where it is deposited in the ordinary course of business with the U.S. Postal Service by first class mail or via the Court ECF System where indicated. In addition to the parties listed below, I also served the parties on the attached **COURT SERVICE LIST**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 11, 2015                                /s/ Selwyn D. Whitehead, Esq.
                                                      SELWYN D. WHITEHEAD, ESQ.

***The Debtor***                                      ***Served Via First Class Mail***
James Amar Singh
21 Pembroke Ct
Oakland, CA 94619

***The Chapter 13 Trustee***                          ***Served Via the Court's ECF System***
P.O. Box 5004
Hayward, CA 94540

***Office of the U.S. Trustee/Oak***                  ***Served Via the Court's ECF System***
Office of the U.S. Trustee
235 Pine Street, 7th Floor
San Francisco, CA 94104

# COURT SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-4<br>Case 15-40917<br>Northern District of California<br>Oakland<br>Tue Aug 11 19:02:25 PDT 2015 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| WELLS FARGO BANK, N.A.<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | U.S. Bankruptcy Court<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604-2070 | Alameda County Tax Collector<br>1221 Oak Street<br>Oakland, CA 94612-4223 |
| Alameda County Tax Collector's<br>Office<br>1221 Oak Street<br>Oakland, CA 94612-4223 | George Vlazakis<br>Attorney at Law<br>225 Brush Street<br>Oakland, CA 94607-3009 | Office of the U.S. Trustee/Oak<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612-5231 |
| Rush My File<br>1799 Old Bayshore Highway<br>Burlingame, CA 94010-1316 | Wells Fargo<br>P.O. Box 10355<br>Des Moines, IA 50306-0355 | Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Department<br>MAC #T7416-023<br>4101 Wiseman Blvd.<br>San Antonio, TX 78251-4200 |
| Donald R. White<br>Alameda Co. Tax Collector<br>1221 Oak St. #463<br>Oakland, CA 94612-4296 | James Amar Singh<br>21 Pembroke Court<br>Oakland, CA 94619-2413 | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 |
| Selwyn D. Whitehead<br>Law Offices of Selwyn D. Whitehead<br>4650 Scotia Ave.<br>Oakland, CA 94605-5655 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Collection Dept.
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

COURT SERVICE LIST

(u)Cal-Western Reconveyance LLC

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19