In re **James Singh** , Case No. **15-40917**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Residence: SFR** Location: 21 Pembroke Court Oakland, CA 94619 | C.C.P. § 703.140(b)(1) | 10.00 | 600,000.00 |
| **Rental: 2 bedroom SFR** Location: 3611 Loma Vista Ave. Oakland, CA | C.C.P. § 703.140(b)(5) | 10.00 | 300,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: ending in 6349** Bank of America 4054 MacArthur Blvd, Oakland, CA 94619 | C.C.P. § 703.140(b)(5) | 1,340.00 | 6,464.52 |
| **Savings Account: ending in 0921** Coamerica Bank 1200 Broadway Oakland, CA 94612 | C.C.P. § 703.140(b)(5) | 0.00 | 19,246.00 |
| **Household Goods and Furnishings** | | | |
| Stove-5-years old, worth $250; refrigerator, 17-years old, worth $150.00; microwave oven, 5-years old, worth $100.00; 2 televisions, 5-years old, worth $450.00 each; home furnishings, average 17-years old, worth $2,500.00 total. Location: 21 Pembroke Court, Oakland CA 94619 | C.C.P. § 703.140(b)(3) | 3,900.00 | 3,900.00 |
| Small appliances and dishes, flatware, utensils, food, linens, glassware, etc.; no one item worth more than $650.00 Location: 21 Pembroke Court, Oakland CA 94619 | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Clothing; no one item worth more than $650.00. Location: 21 Pembroke Court, Oakland CA 94619 | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Auto: Mazda 2002 Tribute, 162,000 miles, Purchased March 2, 2014 Location: 21 Pembroke Court Oakland, CA 94619 | C.C.P. § 703.140(b)(2) | 3,000.00 | 3,000.00 |
| Auto: Volvo S70 1998, 187,000 miles, Purchased February 26, 2014 Location: 21 Pembroke Court Oakland CA 94619 | C.C.P. § 703.140(b)(2) | 2,000.00 | 2,000.00 |
| Total: | | 12,260.00 | 936,610.52 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **James Singh**  
Debtor(s)

Case No. **15-40917**  
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 11, 2015**

Signature **/s/ James Singh**  
**James Singh**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.