# United States Bankruptcy Court
## Northern District of California

In re **James Singh**  
Debtor(s)

Case No. **15-40917**  
Chapter **13**

## STATEMENT PURSUANT TO RULE 2016(B)-AMENDED

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case    $ **8,500.00**
   b) Prior to the filing of this statement, debtor(s) have paid    $ **3,000.00**
   c) The unpaid balance due and payable is    $ **5,500.00**

3. $ **310.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) regarding his pending petition under title 11 of the United States Code.
   b. Preparation and filing of the amendments to the debtor's petition, schedules, statement of affairs and other documents required by the court.
   c. Representation of the debtor(s) at the his confirmation hearing.
   d. Performance of loan modification services via the Court's MMM Program for the flat fee of $2,500.00, plus expenses.
   e. Attorney has provided debtor(s) with the following written notice and debtor(s) have acknowledge the receipt of the following written notice from Attorney:
   "It is not necessary to pay a third party to arrange for a loan modification or other form of forbearance from your mortgage lender or servicer. You may call your lender directly to ask for a change in your loan terms. Nonprofit housing counseling agencies also offer these and other forms of borrower assistance free of charge. A list of nonprofit housing counseling agencies approved by the United States Department of Housing and Urban Development (HUD) is available from your local HUD office or by visiting www.hud.gov."

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

In re **James Singh** Case No. **15-40917**
Debtor(s)

# STATEMENT PURSUANT TO RULE 2016(B)
(Continuation Sheet)

Dated: **September 17, 2015**

Respectfully submitted,

**/s/ Selwyn D. Whitehead**
Attorney for Debtor: **Selwyn D. Whitehead**
**Law Offices of Selwyn D. Whitehead**
**4650 Scotia Avenue**
**Oakland, CA 94605**
**510.632.7444  Fax: 510.856.5180**
**selwynwhitehead@yahoo.com**