Selwyn D. Whitehead, Esq., (SBN #236391)
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Telephone: 510.632.7444
Facsimile: 510.856.5180
Email: selwynwhitehead@yahoo.com

Attorney for Debtor
**JAMES SINGH**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In Re: <br><br> **JAMES SINGH,** <br><br> Debtor. | Case No.: 15-40917-WJL <br><br> Chapter: 13 <br><br> *EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM <br><br> **CONFIRMATION HEARING:** <br> Date: September 24, 2015 <br> Time: 1:30 PM <br> Place: Courtroom 220 <br> United States Bankruptcy Court <br> 1300 Clay Street <br> Oakland, CA 94612 <br><br> *The Honorable William J Lafferty, III, Bankruptcy Judge* |

**JAMES SINGH** (hereinafter, the "Debtor") hereby submit this *Ex Parte* Motion for Referral to Mortgage Modification Mediation Program (the "Motion") and requests that the Court enter an order referring the Debtor and Wells Fargo Home Mortgage, Inc. (hereinafter, the "Lender") to the Mortgage Modification Mediation Program (hereinafter, the "MMM Program") based upon the following.

1. The Debtor is unsure if the Lender has voluntarily consented to participate in the MMM Program in the above-captioned case.

*EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM
FORM ND-MMM-100
Page **1** of **3**
SINGH/CASE #15-40917

Case: 15-40917    Doc# 73    Filed: 09/20/15    Entered: 09/20/15 21:02:11    Page 1 of 3

2. The Debtor is an individual who have filed for relief under Chapter 13 of the United States Bankruptcy Code on March 23, 2015.

3. The Debtor requests entry into the MMM Program with respect to real property located at 21 Pembroke Court, Oakland, CA 94619 the "Subject Property"). The last four digits of the account number for the Lender's loan secured by the Subject Property is 5626 .

    A. The Subject Property is the Debtor's primary residence.

    B. The borrower who is obligated on the Loan is only the Debtor.

4. The Debtor intends to modify the loan or mortgage on the Subject Property.

5. Prior to filing this Motion, the Debtor's loan modification information package was submitted to and processed through the court-approved online program that facilitates the preparation of the Debtors' loan modification package (the "Document Preparation Software"). The Debtor's initial loan modification forms have been generated and have been signed and submitted. The Debtor has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms shall be collectively referred to herein as the "Debtor's Prepared Package") and the Debtor has submitted the supporting documentation and the modification forms. Further, while the Debtor has not paid the applicable Document Preparation Software fee to the approved vendor, the Debtor's counsel has paid a processing fee to the approved vendor.

6. Prior to filing this Motion, the Debtor has determined that the Lender is registered with the approved Mortgage Modification Mediation Portal (the "MMM Portal).

7. The Debtor request that the Lender consider:

    A. A HAMP or other government sponsored loan modification; or,

    B. A conventional loan modification.

8. The Debtor is not requesting any non-retention options.

9. As the Debtor is represented by an attorney, Debtor's counsel is prepared to remit the applicable mediator's fee pursuant to the MMM Procedures. The Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is nor refundable for any reason at any time.

10. The Debtor has selected Elizabeth McClausand, Esq. (hereinafter, the "Mediator") to act as the mediator in this case.

*EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM
FORM ND-MMM-100
Page **2** of **3**
**SINGH/CASE #15-40917**

Case 15-40917    Doc# 73    Filed: 09/20/15    Entered: 09/20/15 21:02:11    Page 2 of 3

**WHEREFORE**, the Debtor requests that this Motion be granted and for such other and further relief as this Court deems proper.

Dated: September 20, 2015        LAW OFFICES OF SELWYN D. WHITEHEAD

    /s/ Selwyn D. Whitehead
Selwyn D. Whitehead
Attorney for Debtor
**JAMES SINGH**

*EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM
FORM ND-MMM-100
Page **3** of **3**
**SINGH/CASE #15-40917**

Case: 15-40917   Doc# 73   Filed: 09/20/15   Entered: 09/20/15 21:02:11   Page 3 of 3