DONNA R. ZIEGLER [142415]
County Counsel
FARAND KAN [203980]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
E-mail: Farand.Kan@acgov.org

Attorneys for County of Alameda Treasurer-Tax Collector

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

James Amar Singh,

    Debtor.

Case No.: 15-40917

Chapter 13

**WITHDRAWAL OF OBJECTION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR DONALD R. WHITE TO AMENDED CHAPTER 13 PLAN**

Based upon the corrections submitted in Debtor's September 18, 2015 Amended Plan, Creditor Alameda County Treasurer - Tax Collector, Donald R. White, hereby withdraws his objection.

Dated: September 23, 2015

DONNA R. ZIEGLER
County Counsel, in and for the
County of Alameda, State of California

By: /s/ *Farand Kan*

    FARAND KAN
    Deputy County Counsel

Attorneys for County of Alameda
Treasurer-Tax Collector Donald R. White

WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN, Case No. 15-40917 WJL 13    1

Case: 15-40917    Doc# 74    Filed: 09/23/15    Entered: 09/23/15 11:36:34    Page 1 of 2

# CERTIFICATE OF SERVICE

I, Lydia Smith, declare:

I am a citizen of the United States. I am employed in the County of Alameda, State of California, over the age of 18 years, and not a party to the within proceeding. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the below date, I served the attached:

**WITHDRAWAL OF OBJECTION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR DONALD R. WHITE TO CHAPTER 13 PLAN**

on each of the following parties in this action:

Selwyn D. Whitehead
Law Offices of Selwyn D. Whitehead
4650 Scotia Ave
Oakland, CA 94605
(Debtor's Attorney)

Martha Bronitsky
6140 Stoneridge Mall Road, #250
Pleasanton, CA 94588
(Trustee)

(X) **BY MAIL:** I caused such documents, sealed in envelopes with postage thereon fully prepaid and addressed as indicated above, to be mailed via the United States Postal Service, in the City of Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Oakland, California, on September 23, 2015.

/s/ *Lydia Smith*
Lydia Smith