| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Selwyn D. Whitehead, Esq., (SBN #236391)<br>**LAW OFFICES OF SELWYN D. WHITEHEAD**<br>4650 Scotia Avenue<br>Oakland, CA 94605<br>Telephone:  510.632.7444<br>Facsimile:  510.856.5180<br>Email:  selwynwhitehead@yahoo.com<br><br>Attorney for Debtor<br>**JAMES SINGH** |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | | |
|---|---|---|
| *In Re:*<br><br>**JAMES SINGH,**<br><br>                    Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.: 15-40917-WJL**<br><br>**Chapter: 13**<br><br>**NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM *AND* CERTIFICATE OF SERVICE**<br><br>**CONFIRMATION/ TRUSTEE'S MOTIONTO DISMISS HEARING HELD:**<br>**Date:**     September 24, 2015<br>**Time:**    1:30 PM<br>**Place:**   Courtroom 220<br>              United States Bankruptcy Court<br>              1300 Clay Street<br>              Oakland, CA 94612<br><br>*The Honorable William J Lafferty, III,*<br>*Bankruptcy Judge* |

**TO: WELLS FARGO BANK, N.A., (THE "LENDER"), THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, PROPOSED MEDIATOR, ELIZABETH MCCLAUSAND, ESQ., AND ALL PARTIES-IN-INTEREST, AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on September 23, 2015, the Court issued an Order Granting an *Ex Parte* Motion For Referral To Mortgage Modification Mediation Program (the "MMM Order") [see Doc# 75] in the above-captioned case, a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Mortgage Modification Mediation Program

NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM/FORM ND-MMM-104
Page **1** of **3**
**SINGH/CASE #15-40917**

Case: 15-40917    Doc# 76    Filed: 09/24/15    Entered: 09/24/15 20:55:22    Page 1 of 3

Procedures adopted by the Court shall govern the mediation process, a copy of which is attached hereto as **Exhibit A,** following the Court's Order**,** beginning at Page 4 of 15.

 **PLEASE TAKE FURTHER NOTICE** that the Lender has fourteen (14) days from the date **JAMES SINGH** (hereinafter, the "Debtor") served this notice to file a motion for reconsideration of the MMM Order. Such motion shall be filed with the Clerk of the United States Bankruptcy Court and served upon counsel for the Debtors.

 **PLEASE TAKE FURTHER NOTICE** that the Debtor has selected **ELIZABETH MCCLAUSAND, ESQ.,** (hereinafter, the "Mediator") to act as the mediator in this case. The Lender has fourteen (14) days from the date the Debtors served this notice to file an objection to the Mediator selected in this case. Such objection shall be made by completing Local Mortgage Modification Mediation Form ND-MMM-105, a copy of which is attached hereto as **Exhibit B**, and shall be filed with the Clerk of the United States Bankruptcy Court and served upon counsel for the Debtor.

 **PLEASE TAKE FURTHER NOTICE** that failure to file timely a motion for reconsideration of the MMM Order shall be deemed as consent to participate in the Mortgage Modification Mediation Program, and that failure to file timely an objection to the Mediator shall be deemed as a waiver of your right to challenge the Mediator selected by the Debtor.

Dated: September 24, 2015  LAW OFFICES OF SELWYN D. WHITEHEAD

            /s/ Selwyn D. Whitehead
          SELWYN D. WHITEHEAD, ESQ.
          Attorney for Debtor
          **JAMES SINGH**

NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM/FORM ND-MMM-104
Page **2** of **3**
**SINGH/CASE #15-40917**

Case: 15-40917 Doc# 76 Filed: 09/24/15 Entered: 09/24/15 20:55:22 Page 2 of 3

# CERTIFICATE OF SERVICE

I, Selwyn D. Whitehead, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Law Offices of Selwyn D. Whitehead whose business address is 4650 Scotia Avenue, Oakland, CA 94650.

On the date set forth below, I served a copy of **NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM, EXHIBITS A AND B, AND CERTIFICATE OF SERVICE** on the persons listed below by following our ordinary business practice for mailing or electronic service, where it is deposited in the ordinary course of business with the U.S. Postal Service by first class mail or via the Court ECF System where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2015  /s/ Selwyn D. Whitehead, Esq.
SELWYN D. WHITEHEAD, ESQ.

| | |
|---|---|
| ***The Debtor***<br>James Amar Singh<br>21 Pembroke Ct<br>Oakland, CA 94619 | ***Served Via First Class Mail*** |
| ***Lender with the Adverse Interest***<br>Wells Fargo Bank, N.A.<br>Attn: John G. Stumpf, Chairman, President and CEO<br>Or Other Corporate Officer<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 | ***Served Via Certified Mail***<br>Receipt# 7012 3050 0000 1753 4826 |
| ***Proposed Mediator***<br>Elizabeth McClausan, Esq.<br>426 North Ferncreek Avenue<br>Orlando, FL 32803 | ***Served Via First Class Mail*** |
| ***The Chapter 13 Trustee***<br>P.O. Box 5004<br>Hayward, CA 94540 | ***Served Via the Court's ECF System*** |
| ***Office of the U.S. Trustee/Oak***<br>Office of the U.S. Trustee<br>235 Pine Street, 7th Floor<br>San Francisco, CA 94104 | ***Served Via the Court's ECF System*** |

NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION PROGRAM/FORM ND-MMM-104
Page **3** of **3**
SINGH/CASE #15-40917

Case: 15-40917    Doc# 76    Filed: 09/24/15    Entered: 09/24/15 20:55:22    Page 3 of 3