Attorney: Elizabeth F. McCausland
Florida Bar #: 012582
Firm Name: Liz McCausland, P.A.
Address: 426 North Fern Creek Road
City, State, Zip: Orlando, FL 32803
Phone Number: 407-992-8824
Email Address: Liz@LizLawFirm.com

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

\* \* \* \* \* \*

| | |
|---|---|
| In re: JAMES SINGH | ) BK: 15-40917-WJL </br> ) </br> ) CHAPTER 13 </br> ) </br> ) FINAL REPORT OF MORTGAGE </br> Debtor(s). ) MODIFICATION MEDIATOR </br> ) </br> ) |

    The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

A.    The final Mortgage Modification Mediation ("MMM") conference was conducted on November 19, 2015 and the following parties were present:

    1.  [x] The Debtor and Debtor's attorney, James Singh and Selwyn D. Whitehead, Esquire.
    2.  [ ] The co-obligor/co-borrower/or other third party, _____
    _____
    3.  [x] The Lender's representative, Wells Fargo Home Mortgage/ Christopher Perez (Mediations Underwriter) and Lender's attorney, John Cahill
    4.  [ ] Other: Vikah Singh (homeowner)

B.    The final MMM conference was scheduled for _____, but not conducted for the following reason:

    1.  [ ] The parties settled prior to attending.
    2.  [ ] The case was dismissed.
    3.  [ ] The Debtor or [ ] Debtor's attorney failed to attend.

- 1 -

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

C. The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [x] The parties did not reach an agreement.

Dated: November 19, 2015          /s/ Elizabeth F. McCausland
                                                   Elizabeth F. McCausland
                                                   Liz McCausland, P.A.
                                                   426 North Ferncreek Avenue
                                                   Orlando, FL 32803
                                                   407-992-8824
                                                   Liz@LizLawFirm.com