Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re

James Amar Singh

Debtors(s)

Chapter 13 Case Number:
15-40917-WJL13

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on February 11, 2016 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.

**DEBTOR(S) PERSONAL APPEARANCE IS REQUIRED AT THIS HEARING**

Date: December 23, 2015

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In Re

James Amar Singh

Chapter 13 Case Number:
15-40917-WJL13

Debtors(s)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

December 23, 2015

/s/Veronica Valdez

Veronica Valdez

James Amar Singh
21 Pembroke Court
Oakland,CA 94619

(Debtor(s))

Selwyn D Whitehead Atty
4650 Scotia Ave
Oakland,CA 94605

(Counsel for Debtor)

Wells Fargo
P.O. Box 10355
Des Moines, IA 50306

Wells Fargo
4101 Wiseman Blvd T7416-023
San Antonio, TX 78251-0000

Wells Fargo
4101 Wiseman Blvd T7416-023
San Antonio, TX 78251-0000

Mark W Lapham Atty
751 Diablo Blvd
Danville, CA 94526
(Creditor)

Alameda County Tax Coll-Re Tax
1221 Oak St (Bankruptcy Dept)
Oakland, CA 94612
(Creditor)

Alameda County Tax Coll-Re Tax
1221 Oak St (Bankruptcy Dept)
Oakland, CA 94612
(Creditor)

Wells Fargo Home Mortgage
1 Home Campus X2302-041
Des Moines, IA 50328
(Creditor)

| | | |
|---|---|---|
| 1 | Alameda County Tax Coll-Re Tax<br>1221 Oak St  (Bankruptcy Dept)<br>Oakland, CA  94612<br>(Creditor) | George Vlazakis<br>Attorney At Law<br>225 Brush Street<br>Oakland, CA  94607<br>(Creditor) |
| 4 | Alameda County Tax Coll-Re Tax<br>1221 Oak St  (Bankruptcy Dept)<br>Oakland, CA  94612<br>(Creditor) | Rush My File<br>1799 Old Bayshore Highway<br>Burlingame, CA  94010<br>(Creditor) |
| 6 | Cal-Western Reconveyance Llc<br>,  00000<br>(Creditor) | Wells Fargo Home Mortgage<br>1 Home Campus X2302-041<br>Des Moines, IA  50328<br>(Creditor) |
| 9 | Boarder<br>,  00000<br>(Creditor) | |
| 12 | Rental Property<br>3611 Loma Vista Ave<br>Oakland, CA  94619<br>(Creditor) | |
| 15 | Alameda County Tax Coll-Re Tax<br>1221 Oak St  (Bankruptcy Dept)<br>Oakland, CA  94612<br>(Creditor) | |
| 17 | Pite Duncan Llp<br>4375 Jutland Dr #200<br>Po Box 17933<br>San Diego, CA  921770933<br>(Creditor) | |
| 21 | Alameda County Tax Coll-Re Tax<br>1221 Oak St  (Bankruptcy Dept)<br>Oakland, CA  94612<br>(Creditor) | |
| 23 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) | |
| 26 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) | |