Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| James Amar Singh | 15-40917-WJL13 |

WITHDRAWAL
OF
Motion to Dismiss Or Convert Chapter 13 case for Failure to Make Plan Payments

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Motion to Dismiss Or Convert Chapter 13 case for Failure to Make Plan Payments for the above named Chapter 13 Case which was filed on January 28, 2016, same being court docket #85.

Date: February 03, 2016                                /s/ Martha G. Bronitsky
                                                                      Signature of Martha G. Bronitsky
                                                                      Chapter 13 Standing Trustee

| In Re: | Chapter 13 Case No: |
|---|---|
| James Amar Singh | 15-40917-WJL13 |

## Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

James Amar Singh
21 Pembroke Court
Oakland,CA 94619

(Debtor(s))

Selwyn D Whitehead Atty
4650 Scotia Ave
Oakland,CA 94605

(Counsel for Debtor(s))

Date: February 03, 2016

/s/ Martha Ivania Silva
Martha Ivania Silva